CAROLINE D. CIRAOLO
Acting Assistant Attorney General

VIRGINIA CRONAN LOWE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, DC 20044-0683
Tel.:   202-307-6484
Fax:   202-307-0054
virginiacronan.lowe@usdoj.gov

Of Counsel:
DANIEL BOGDEN
United States Attorney
*Counsel for the United States*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| LJS&G, LTD., a Nevada Corporation, d/b/a, LEACH JOHNSON SONG & GRUCHOW, ) ) ) Plaintiff, ) ) v. ) ) Z's, a Nevada Corporation; UNITED STATES OF AMERICA DEPARTMENT OF THE TREASURY – INTERNAL REVENUE SERVICE; LEASECOMM CORPORATION, a Massachusetts corporation; LAKE LAS VEGAS MASTER ASSOCIATION, a Nevada non-profit corporation; LAKE LAS VEGAS RESORT ASSOCIATION, a Nevada non-profit corporation; CITY OF HERDERSON, a municipal corporation; CLARK COUNTY, a political subdivision of the state of Nevdada; DOES I through X; and ROE CORPORATIONS XI through XX, inclusive, ) ) ) ) Defendants. ) | Civil No.  UNITED STATES' NOTICE OF REMOVAL |

The United States of America ("United States"), by and through its undersigned counsel, hereby files this notice to remove this matter to the United States District Court for the District of Nevada under 28 U.S.C. §§ 1442(a)(1) and 1444. The grounds for removal are as follows:

1. The United States is in receipt of a document entitled "Plaintiff's Complaint For Interpleader" filed by plaintiff in the above-captioned action now proceeding in the District Court, Clark County, Nevada. The Plaintiff's Complaint For interpleader, Returns of Service for Summonses on all defendants, Clark County's Disclaimer of Interest, and City of Henderson's Disclaimer of Interest are attached as Exhibit 1 and Plaintiff's Motion for Order Directing Plaintiff to Interplead Funds and Allowing Discharge and Withdrawal of Plaintiff and Plaintiff's Statement of Attorney Fees and Costs are attached as Exhibit 2.

2. This action is one that may be removed pursuant to 28 U.S.C. § 1442(a)(1) because it is a civil action commenced in a state court against the United States, or an agency thereof, on account of any right, title or authority claimed under any Act of Congress for the collection of revenue. Plaintiffs filed the action against the United States on account of the latter's claim to a right in the property under 26 U.S.C. § 6321 et seq., concerning liens arising on property in connection with the collection of revenue.

3. This action is one that may be removed pursuant to 28 U.S.C. § 1444 because it appears to have been brought pursuant to 28 U.S.C. § 2410 as an action affecting title to property on which the United States has or claims a lien.

4. As the United States Attorney for the District of Nevada has not been served with a summons and copy of the Interpleader Petition of Surplus Proceeds in this

1  matter, this removal is timely.  *See Quality Loan Service Corp. v. 24702 Pallas*

2  *Way, Mission Viejo, CA 92691*, 635 F.3d 1128, 1133 (9th Cir. 2011).

3      5.  By filing this notice, the United States does not waive any defenses listed in Fed.

4  R. Civ. P. 12.

5  Respectfully submitted this 23rd day of May, 2015

6                  CAROLINE D. CIRAOLO
                Acting Assistant Attorney General

7  

8          */S/ Virginia Cronan Lowe*
        VIRGINIA CRONAN LOWE
        Trial Attorney, Tax Division

9          U.S. Department of Justice

10         Of Counsel:
        DANIEL BOGDEN

11         United States Attorney

12         *Counsel for the United States*

13

14

15

16

17

18

19

20

21

22

23

## CERTIFICATE OF SERVICE

  IT IS HEREBY CERTIFIED that service of the foregoing UNITED STATES' NOTICE OF REMOVAL has been made this 23rd day of May, 2016, by placing a true and correct copy in the United States Mail, first class postage prepaid, addressed to the following:

Kirby C. Gruchow, Esq.
LEACH JOHNSON SONG & GRUCHOW
8945 W. Russell Road, Suite 330
Las Vegas, NV 89148
*Counsel for Plaintiff*

Shannon Wittenberger, Esq.
Deputy District Attorney
500 South Grand Central Pkwy, 5th Floor
Las Vegas, NV 89155-2215
*Counsel for Clark County*

Brandon P. Kemble, Esq.
Assistant City Attorney
240 Waer Street, MSC 144
Henderson, NV 89015

Leasecomm Corporation
2215 –B Renaissance Drive
Las Vegas, NV 89119

Las Vegas Master Association
8485 West Sunset Road
Las Vegas, NV 89113

Las Vegas Resort Association
2030 Lake Las Vegas Parkway
Henderson, NV 89011

            */s/ Virginia Cronan Lowe*
            VIRGINIA CRONAN LOWE
            Trial Attorney, Tax Division
            U.S. Department of Justice

1