# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LJS&G, LTC., | ) |
| Plaintiff, | ) Case No. 2:16-cv-01150-GMN-CWH |
| vs. | ) **ORDER** |
| UNITED STATES OF AMERICA DEPARTMENT OF THE TREASURY, et al., | ) |
| Defendants. | ) |

In reviewing the docket in this case, it has come to the court's attention that the plaintiff has not filed a motion for a scheduling conference. Local Rule 22-1 provides that in interpleader actions, "the plaintiff must file a motion requesting that the court set a scheduling conference . . . within 30 days after the first defendant answers or otherwise appears." A plaintiff's failure "to prosecute the interpleader action by failing to file the motion required by this rule" may result in dismissal of the action. LR 22-1. Here, Defendant United States of America filed a petition for removal (ECF No. 1) on May 23, 2016, and an answer (ECF No. 5) on September 20, 2016. To date, the plaintiff has not filed a motion for a scheduling conference.

IT IS THEREFORE ORDERED that within 21 days from the date of this order, the parties must meet and confer and plaintiff must file a motion for a scheduling conference that includes proposed dates when all counsel are available.

DATED: April 5, 2017

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**