UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| LJS&G, LTD., a Nevada Corporation, d/b/a, LEACH JOHNSON SONG & GRUCHOW,<br><br>Plaintiff,<br><br>v.<br><br>Z's, a Nevada Corporation; UNITED STATES OF AMERICA DEPARTMENT OF THE TREASURY – INTERNAL REVENUE SERVICE; LEASECOMM CORPORATION, a Massachusetts corporation; LAKE LAS VEGAS MASTER ASSOCIATION, a Nevada non-profit corporation; LAKE LAS VEGAS RESORT ASSOCIATION, a Nevada non-profit corporation; CITY OF HERDERSON, a municipal corporation; CLARK COUNTY, a political subdivision of the state of Nevdada; DOES I through X; and ROE CORPORATIONS XI through XX, inclusive,<br><br>Defendants. | Civil No. 2:16-CV-01150-GMN-CWH<br><br>ORDER FOR TRANSFER OF MONIES ON DEPOSIT |

IT IS HEREBY ORDERED, ADJUGED AND DECREED that the Clerk of Court for the District Court, Clark County, Nevada shall transfer the amount of $59,472.43, deposited in the state court case A-16-730372-C *LS&G, LTD. a Nevada Corporation d/b/a/ LEACH JOHNSON SONG & GRUCHOW V. Z'S, a Nevada Corporation, et al.*, to the Clerk of Court, United States District Court for the District of Nevada, 333 Las Vegas Blvd., South, Las Vegas, NV 89101. The state court case referenced above was closed, as that case was removed to the United States District Court for the District of Nevada.

IT IS FURTHER ORDERED that counsel for the United States must serve this order on the Clerk of Court for the District Court, Clark County, Nevada, and file proof of that service by 9/20/2017.

DATED: September 13, 2017

C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE