DAVID A. HUBBERT
Acting Assistant Attorney General

VIRGINIA CRONAN LOWE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, DC 20044-0683
Tel.:    202-307-6484
Fax:    202-307-0054
virginiacronan.lowe@usdoj.gov

Of Counsel:
STEVEN W. MYHRE
Acting United States Attorney
*Counsel for the United States*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| LJS&G, LTD., a Nevada Corporation, d/b/a, LEACH JOHNSON SONG & GRUCHOW, <br><br> Plaintiff, <br><br> v. <br><br> Z's, a Nevada Corporation; UNITED STATES OF AMERICA DEPARTMENT OF THE TREASURY – INTERNAL REVENUE SERVICE; LEASECOMM CORPORATION, a Massachusetts corporation; LAKE LAS VEGAS MASTER ASSOCIATION, a Nevada non-profit corporation; LAKE LAS VEGAS RESORT ASSOCIATION, a Nevada non-profit corporation; CITY OF HERDERSON, a municipal corporation; CLARK COUNTY, a political subdivision of the state of Nevdada; DOES I through X; and ROE CORPORATIONS XI through XX, inclusive, <br><br> Defendants. | Civil No. 2:16-CV-01150-GMN-CWH <br><br><br> STIPULATION FOR DISMISSAL OF PLAINTIFF |

1

Comes now the plaintiff LJS& G, LTD and defendant United States of America, by and through their undersigned attorneys, to hereby stipulate:

1. The plaintiff filed a Complaint for Interpleader on January 15, 2016 in the District Court, Clark County, Nevada, and interpleaded funds with that Court. All of the defendants were served with a summons and copy of the Complaint for Interpleader. The United States removed this action to this Court on May 23, 2016.

2. To date, the United States is the only defendant that has filed an answer and claim to the interpleaded funds. Defendants Clark County and City of Henderson have filed disclaimers of interest. *See* Doc. 9 and 14.

3. The plaintiff LJS&G, LTD disclaims any interest in the interpleaded funds and requests that it be dismissed as a party to this action.

WHEREFORE, the plaintiff and the United States stipulate and request that LJS&G, LTD be dismissed with prejudice as a party to this action.

Respectfully submitted this 11th day of September, 2017

| | |
|---|---|
| DAVID A. HUBBERT<br>Acting Assistant Attorney General | LEACH JOHNSON SONG & GRUCHOW |
| */s/ Virginia Cronan Lowe*<br>VIRGINIA CRONAN LOWE<br>Trial Attorney, Tax Division<br>U.S. Department of Justice<br>Of Counsel:<br>STEVEN W. MYHRE<br>Acting United States Attorney<br>*Counsel for the United States* | */s/ Kirby C. Gruchow, Jr.*<br>KIRBY C. GRUCHOW, JR. (6663)<br>8945 West Russell Road, Suite 330<br>Las Vegas, NV89148<br>(209) 538-9074 |

**IT IS SO ORDERED**.
**DATED** this  28   day of August, 2018.

_____
Gloria M. Navarro, Chief Judge
United States Disitrct Court

# CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing has been made this 11th day of September, 2017, by placing a true and correct copy in the United States Mail, first class postage prepaid, addressed to the following:

Leasecomm Corporation
2215 –B Renaissance Drive
Las Vegas, NV 89119

Lake Las Vegas Master Association
8485 West Sunset Road
Las Vegas, NV 89113

Las Vegas Resort Association
2030 Lake Las Vegas Parkway
Henderson, NV 89011

And by ECF to:

Kirby C. Gruchow, Esq.
LEACH JOHNSON SONG & GRUCHOW
8945 W. Russell Road, Suite 330
Las Vegas, NV 89148
*Counsel for Plaintiff*

Shannon Wittenberger, Esq.
Deputy District Attorney
500 South Grand Central Pkwy, 5th Floor
Las Vegas, NV 89155-2215
*Counsel for Clark County*

Brandon P. Kemble, Esq.
Assistant City Attorney
240 Waer Street, MSC 144
Henderson, NV 89015

                                          */s/ Virginia Cronan Lowe*
                                          VIRGINIA CRONAN LOWE
                                          Trial Attorney, Tax Division