1  RICHARD E. ZUCKERMAN
   Principal Deputy Assistant Attorney General
2
   VIRGINIA CRONAN LOWE
3  Trial Attorney, Tax Division
   U.S. Department of Justice
4  P.O. Box 683
   Ben Franklin Station
5  Washington, DC 20044-0683
   Tel.:   202-307-6484
6  Fax:    202-307-0054
   virginiacronan.lowe@usdoj.gov
7
   Of Counsel:
8  NICHOLAS A. TRUTANICH
   United States Attorney
9  *Counsel for the United States*

10              UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEVADA
11

12 | LJS&G, LTD., a Nevada Corporation, d/b/a, | ) |
   | LEACH JOHNSON SONG & GRUCHOW, | ) | Civil No. 2:16-CV-01150-GMN-CWH
13 | | ) |
   | Plaintiff, | ) |
14 | | ) |
   | v. | ) | STIPULATION BETWEEN THE
15 | | ) | UNITED STATES OF AMERICA AND
   | Z's, a Nevada Corporation; UNITED STATES | ) | LAKE LAS VEGAS MASTER
16 | OF AMERICA DEPARTMENT OF THE | ) | ASSOCIATION and [Proposed] ORDER
   | TREASURY – INTERNAL REVENUE | ) |
17 | SERVICE; LEASECOMM CORPORATION, | ) |
   | a Massachusetts corporation; LAKE LAS | ) |
18 | VEGAS MASTER ASSOCIATION, a Nevada | ) |
   | non-profit corporation; LAKE LAS VEGAS | ) |
19 | RESORT ASSOCIATION, a Nevada | ) |
   | non-profit corporation; CITY OF | ) |
20 | HERDERSON, a municipal corporation; | ) |
   | CLARK COUNTY, a political subdivision of | ) |
21 | the state of Nevdada; DOES I through X; and | ) |
   | ROE CORPORATIONS XI through XX, | ) |
22 | inclusive, | ) |
   | | ) |
23 | Defendants, | ) |
   | _____ | ) |
   | UNITED STATES OF AMERICA, | ) |
   | | ) |

1

|  |  |
|---|---|
| Cross-Claim Plaintiff, | ) |
| v. | ) |
| LAKE LAS VEGAS MASTER ASSOCIATION, | ) |
| Cross-Claim Defendant. | ) |

Comes now the Cross-Claim Plaintiff the United States of America, and the Cross-Claim Defendant Lake Las Vegas Master Association, by and through their undersigned attorneys, hereby stipulate:

1. The United States' cross-claim against Lake Las Vegas Master Association is dismissed with prejudice.

2. Lake Las Vegas Master Association disclaims any interest in the excess proceeds in the amount of $59,472.43 on deposit in the Court registry with regard to this matter.

3. The United States and Lake Las Vegas Master Association each agree to bear their own costs and attorneys fees in this matter.

Respectfully submitted this 23rd day of April, 2019

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

/s/ Virginia Cronan Lowe
VIRGINIA CRONAN LOWE
Trial Attorney, Tax Division
U.S. Department of Justice
Of Counsel:
NICHOLAS A. TRUTANICH
United States Attorney

KOCH & SCOW LLC

/s/ David R. Koch
DAVID R. KOCH (8830)
11500 S. Eastern Ave, Suite 210
Henderson, NV 89052
(702) 18-5040

**IT IS SO ORDERED.**

Dated this 23 day of April, 2019.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT