# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

LJS&G, LTD.,

    Plaintiff,

v.

Z's, et al.,

    Defendants.

DEFAULT JUDGMENT IN A CIVIL CASE

Case Number: 2:16-cv-01150-GMN-DJA

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that default judgment is entered in favor of the Government and against Z's Corporation, Leasecomm Corporation, and Lake Las Vegas Resort Association.

9/30/2019
Date

DEBRA K. KEMPI
Clerk

/s/ M. Reyes
Deputy Clerk